UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

   v.

RICHARDSON,

          Defendant.

Case No.  09-cr-00624-SI-1

**ORDER STAYING CASE**

Re: Dkt. No. 67

Defendant applied to the Ninth Circuit Court of Appeals for authorization to file a second or successive 28 U.S.C. § 2255 motion.  *See* Dkt. No. 67 at 1-2.  This petition was granted.  *See* Ninth Circuit Case No. 16-71314.  In granting the petition, the Ninth Circuit invited this Court to stay proceedings pending the resolution of *Gardner v. United States*, Ninth Circuit Case No. 15-72559 and *Jacob v. United States*, Ninth Circuit Case No. 15-73302.

The Court will accordingly STAY the present matter pending the Ninth Circuit's decisions in these cases.

**IT IS SO ORDERED**.

Dated: June 24, 2016

_____
SUSAN ILLSTON
United States District Judge