UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

     v.

RICHARDSON,

          Defendant.

Case No. 09-cr-00624-SI-1

**ORDER FOR SUPPLEMENTAL BRIEFING ON STAY ORDER**

Re: Dkt. No. 69

Defendant applied to the Ninth Circuit Court of Appeals for authorization to file a second or successive 28 U.S.C. § 2255 motion. *See* Dkt. No. 67 at 1-2. This petition was granted. *See* Ninth Circuit Case No. 16-71314. In granting the petition, the Ninth Circuit invited this Court to stay proceedings pending the resolution of *Gardner v. United States*, Ninth Circuit Case No. 15-72559 and *Jacob v. United States*, Ninth Circuit Case No. 15-73302. The Court accordingly stayed the present matter pending the Ninth Circuit's decisions in these cases. Dkt. No. 69.

On August 1, 2016, the Ninth Circuit lifted the stay in both *Gardner* and *Jacob*, and transferred these cases back to the district courts in which they originated. Gardner Dkt. No. 42; Jacob Dkt. No. 39. Accordingly, the Court now requests briefing from both parties on the question of whether the present stay order should remain in place. Specifically the Court requests briefing on whether the Court should continue the stay pending the United States Supreme Court's resolution of *Beckles v. United States*, No. 15-8544 (cert. granted June 27, 2016). Briefs of no more than 10 pages shall be filed on this question by August 22, 2016.

     **IT IS SO ORDERED**.

Dated: August 12, 2016

_____

SUSAN ILLSTON
United States District Judge