FILED

SEP 05 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>        Plaintiff,<br>    v.<br>BRYAN KEITH RICHARDSON,<br>        Defendant. | Case No. 09-cr-00624-SI-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

IT IS HEREBY ORDERED THAT Bryan Keith Richardson shall be released forthwith from the custody of the United States Marshal in San Francisco.

**IT IS SO ORDERED.**

Dated: September 5, 2019

JOSEPH C. SPERO
United States Magistrate Judge